E-FILED 03/17/09
JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

AMERICAN INTERNATIONAL INDUSTRIES, A CALIFORNIA CORPORATION,

Plaintiff,

v.

NO. 1 INC., A CALIFORNIA CORPORATION,

Defendant.

CASE No. CV09- 217 PSG (AJWx)

**~~[PROPOSED]~~ JUDGMENT ON STIPULATION OF THE PARTIES**

Trial Date: None

Upon Stipulation of Plaintiff, American International Industries, and Defendant, No. 1 Inc., it is hereby ORDERED, ADJUDGED AND DECREED.

Plaintiff American International Industries ("Plaintiff") and Defendant No. 1, Inc. ("Defendant") stipulate that the above-captioned Court has personal and subject matter jurisdiction in this action, and may enter final judgment on the following terms:

1. Defendant, its successors-in-interest, officers, agents, servants, employees, and all those in active concert and/or participation with each of them who receive notice hereof, are permanently restrained and enjoined from reproducing, distributing, or using in any way the trade dress depicted below, or any derivative or confusingly similar trade dress in connection with marketing eye lash products.




2. Defendant, its successors-in-interest, officers, agents, servants, employees, and all those in active concert and/or participation with each of them who receive notice

hereof, are permanently restrained and enjoined from reproducing, distributing or using in any way the "Fashion Lashes" mark, or any derivative or confusingly similar mark, including "Fashion Eye Lashes", in connection with marketing eye lash products.

3. Defendant, its successors-in-interest, officers, agents, servants, employees, and all those in active concert and/or participation with each of them who receive notice hereof, are permanently restrained and enjoined from reproducing, distributing or using in any way the "Ardell" mark, or any derivative or confusingly similar mark, including "Abella", in connection with marketing eye lash products.

4. Plaintiff's claims for damages are dismissed with prejudice.

5. The parties shall each bear their own attorneys' fees and costs of litigation, through entry of the Judgment.

6. In the event of any legal action or proceedings arising from or relating to this Judgment, proceedings to enforce or interpret the terms of this Judgment, or otherwise, the prevailing party shall be awarded the full amount of its attorneys fees and expenses incurred in such action or proceedings. Exclusive jurisdiction for such proceedings shall be in the United States District Court, Central District of California.

DATED: 03/17/09

PHILIP S. GUTIERREZ

Honorable Philip S. Gutierrez
United States District Court

Respectfully submitted:

By: *s/Mark D. Kremer/s*

Mark D. Kremer (SB# 100978)
*m.kremer@conklelaw.com*
CONKLE, KREMER & ENGEL
Professional Law Corporation
3130 Wilshire Boulevard, Suite 500
Santa Monica, California 90403-2351
Phone: (310) 998-9100 • Fax: (310) 998-9109
Attorneys for Plaintiff American International Industries